IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ALLSTATE INSURANCE COMPANY, et al.,  §
                                     §
            Plaintiffs,              §
                                     §
v.                                   §                    1:24-CV-27-RP
                                     §
DANIEL TOSHNER, et al.,              §
                                     §
            Defendants.              §

**ORDER**

Before the Court is the Report and Recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, Allstate Fire & Casualty Insurance Company, and Allstate County Mutual Insurance Company's (together, "Allstate") Motion for Default Judgment, (Dkt. 70); Defendants Daniel Toshner, Lacey Davies, and Michael Trinh's (collectively, the "Individual Defendants") Motion to Set Aside Default Judgment, (Dkt. 71); and all related briefing. (R. & R., Dkt. 73).[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his Report and Recommendation on December 15, 2025. (*Id.*). Individual Defendant Michael Trinh timely filed objections to the Report and Recommendation, (Objs., Dkt. 74), and Allstate responded to those objections, (Resp., Dkt. 76).[2] Also before the Court is Individual Defendant Daniel Toshner's Motion to Set Aside Entry of Default and/or Default Judgment. (Dkt. 77).

---

[1] Allstate moved for default judgment against all Defendants in this matter—the Individual Defendants as well as Roadside Response, LLC and Responsible Billing, LLC (together, "Defendants"). (Dkt. 70).
[2] Individual Defendant Lacey Davis filed late objections to the Report and Recommendation, (Objs., Dkt. 79), which Allstate responded to, (Resp., 82). The Court nonetheless has reviewed Davis's objections.

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants Michael Trinh and Lacey Davis objected to the Report and Recommendation, the Court reviews the Report and Recommendation *de novo*. Having done so and for the reasons given in the Report and Recommendation, the Court overrules their objections and adopts the Report and Recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 73), is **ADOPTED**. Allstate's Motion for Default Judgment, (Dkt. 70), is **GRANTED** as follows, and the Individual Defendants' Motion to Set Aside Default Judgment, (Dkt. 71), is **DENIED**. Specifically, default judgment is granted on all of Allstate's claims against Defendants for violations of federal and state RICO statutes, fraud, civil conspiracy, and unjust enrichment.

**IT IS ORDERED** that Allstate is awarded $1,891,947.30 in compensatory damages. Defendants are jointly and severally liable for payment to Allstate of these damages.

**IT IS FURTHER ORDERED** that Allstate shall have no legal obligation to make any further payment(s) on any claim(s) submitted to Allstate by Roadside Response, LLC and/or Responsible Billing, LLC on behalf of Roadside Response, LLC.

**IT IS FURTHER ORDERED** that Allstate may seek costs and attorneys' fees and file a bill of costs in the form required by the Clerk of Court, with supporting documentation, within **fourteen (14) days** of the entry of judgment.

**IT IS FINALLY ORDERED** that Individual Defendant Daniel Toshner's Motion to Set Aside Entry of Default and/or Default Judgment, (Dkt. 77), is **DENIED**, as the Court has granted Allstate's Motion for Default Judgment and will be issuing a final judgment in this matter.

The Court will enter final judgment by separate order.

**SIGNED** on February 2, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3